IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EDWARD SARTORIS, | : | Civil No. 3:23-cv-640 |
| Plaintiff | : | (Judge Mariani) |
| v. | : | |
| PRIMECARE MEDICAL CEO THOMAS J. WEBER, *et al.*, | : | |
| Defendants | : | |

## ORDER

AND NOW, this ___6th___ day of February, 2024, upon consideration of Defendant Weber's motion (Doc. 29) to dismiss, and the parties' respective briefs in support of and in opposition to said motion, and for the reasons set forth in the accompanying Memorandum,

**IT IS HEREBY ORDERED THAT:**

1. The motion (Doc. 29) is **GRANTED.**

2. The claims against Defendant Weber are **DISMISSED.** The Clerk of Court is directed to **TERMINATE** Thomas J. Weber as a Defendant in this action.

3. Any appeal from this Order is **DEEMED** frivolous and not taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

Robert D. Mariani
United States District Judge