FILED
SCRANTON

MAR 28 2024

PER _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

EDWARD SARTORIS          CIVIL NO. 3:23-CV-640
PLAINTIFF

v.

WARDEN HAUDLE, ET AL.    JUDGE R.D. MARIANI
DEFENDANTS

## MOTION TO COMPEL DISCOVERY

Pursuant to Rule 26 and Rule 33 and 34 of the Federal Rules of Civil Proceedure, Plaintiff has requested documents and/or records to be provided to him for review. In addition, the Plaintiff wishes to schedule "on-site" inspections to determine certain aspects of those conditions.

1) Plaintiff has written to defense counsel as a means to reword some interrogatories

2) In regards to "burdensome assembly of records", yes it is a necessary burden to perform any "work"; but work is what is performed to be paid.

3) ALL INTERROGATORIES AND REQUEST FOR RECORDS CANNOT BE SO BURDENSOME. IF NEED BE A PROTECTIVE ORDER CAN BE SOUGHT.

4) ONE INMATE, SPECIFICALLY THE PLAINTIFFS, RECORDS FROM INMATE ACCOUNT AND GRIEVANCES IS NECESSARY TO COMPARE FOR THE COMPARISON OF FACTUAL RECORDS. IT SHOULD BE NOTED THAT WITHDRAWALS FROM MY INMATE ACCOUNT TO PAY COURT FEES "DISAPPEARED" - <u>RETALIATION</u>.

THIS REQUEST, ALONG WITH A 60 DAY EXTENSION FOR DISCOVERY IS NOW NECESSARY TO ACCOMPLISH REQUIRED FACT FINDING QUERIES.

RESPECTFULLY REQUESTED
*Edward Sartoris*  PRO-SE
EDWARD SARTORIS  QP3887
SCI-DALLAS
1000 FOLLIES ROAD
DALLAS, PA 18612-0286

- 2 -

EDWARD SARTORIS
QP3657
SCI-DALLAS
1000 FOLLIES RD
DALLAS, PA 18612

FOREVER USA
Barn Swallow

CLERK OF COURTS
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
235 NORTH WASHINGTON AVENUE
P.O. BOX 1148
SCRANTON, PA 18501-1148

18501$5501

"Inmate Mail - PA DEPT. OF CORRECTIONS"

RECEIVED
SCRANTON
MAR 28 2024
PER _____
DEPUTY CLERK