FILED
SCRANTON
APR 18 2024
PER [illegible] DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

EDWARD SARTORIS
PLAINTIFF
CIVIL NO. 3:23-CV-640

V.

WARDEN HAUDLE, ET AL
DEFENDANTS
JUDGE R.D. MARIANI

MOTION TO COMPEL DISCOVERY

PURSUANT TO RULE 26 AND RUL 33 AND 34 OF THE FEDERAL RULES OF CIVIL PROCEEDURE, PLAINTIFF HAS REQUESTED DOCUMENTS AND OR RECORDS TO BE PROVIDED TO HIM FOR REVIEW. IN ADDITION, THE PLAINTIFF WISHES TO SCHEDULE "ON-SITE" INSPECTIONS TO DETERMINE CERTAIN ASPECTS OF THOSE CONDITIONS.

1) PLAINTIFF HAS WRITTEN TO DEFENSE COUNSEL AS A MEANS TO REWORD SOME INTERROGATORIES

2.) IN REGARDS TO "BURDENSOME ASSEMBLY OF RECORDS", YES IT IS A NECESSARY BURDEN TO PERFORM ANY "WORK"; BUT WORK IS WHAT IS PERFORMED TO BE PAID.

3) ALL INTERROGATORIES AND REQUEST FOR RECORDS CANNOT BE SO BURDENSOME. IF NEED BE A PROTECTIVE ORDER CAN BE SOUGHT.

4) ONE INMATE, SPECIFICALLY THE PLAINTIFFS, RECORDS FROM INMATE ACCOUNT AND GRIEVANCES IS NECESSARY TO COMPARE FOR THE COMPARISON OF FACTUAL RECORDS.

THIS REQUEST, ALONG WITH A 60 DAY EXTENSION FOR DISCOVERY IS NOW NECESSARY TO ACCOMPLISH REQUIRED FACT FINDING QUERIES.

RESPECTFULLY REQUESTED
[signature] PRO-SE
EDWARD SARTORIS QP3887
SCI-DALLAS
1000 FOLLIES ROAD
DALLAS, PA 18612-0286

DATED: MARCH 9th, 2024

EDWARD SARTORIS QP3887
SCI-DALLAS
1000 FOLLIES ROAD
DALLAS, PA 18612-0286

MARCH 14TH, 2023

CLERK OF COURTS
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
235 NORTH WASHINGTON AVENUE
P.O. BOX
SCRANTON, PA
RE: 28 U.S.C. § 2254

CLERK OF COURTS,

CAN YOU PLEASE PROVIDE ME WITH THE FORMS FOR FILING A "WRIT OF HABEAS CORPUS PURSUANT TO 28 U.S.C. §2254". OR IF YOU COULD PROVIDE ME WITH INFO TO ACQUIRE THESE FORMS I WOULD BE MOST APPRECIATIVE.

THANK YOU,
[signature]
EDWARD SARTORIS QP3887
SCI DALLAS, 1000 FOLLIES ROAD
DALLAS, PA 18612-0286

EDWARD SARTORIS QP3887
SCI-DALLAS
1000 FOLLIES ROAD
DALLAS, PA 18612

MARCH 26TH, 2024

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
235 NORTH WASHINGTON AVENUE
P.O. BOX 1148
SCRANTON, PA 18501-1148

RE: 3:23-CV-640

TO DATE I HAVE SENT 2 LETTERS REQUESTING A DISTRICT JUDGE IN LIEU OF A MAGISTRATE. SHOULD I ASSUME EVERY LETTER, OR MOTION OR FOR THAT MATTER - MONEY NEEDS TO BE SENT TWICE?

NOT ONLY DID I HAVE A GRIEVANCE IN THE FILE FOR CAUSING THE HEART ATTACK, BUT ALSO A GRIEVANCE FOR THE WAY THE MONEY WAS COLLECTED BY MCCF! IS THAT ALSO MISSING? NOW I'M PAYING TWICE, THROWING GOOD MONEY AFTER BAD BECAUSE OF RETALATORY TACTICS! KINDLY

INFORM THE JUDGE I WANT TO PROCEED IN HIS COURT, WITH A CASE THAT DEMANDS PROPER PRUDENCE IN IT'S HANDLING.

KINDLY ACKNOWLEDGE RECEIPT OF THIS CORRESPONDENCE AS THE PAST 3 WHICH ASKED QUESTIONS, OR SUBMITTED MOTIONS ALL ARE UNANSWERED. I MUST GUESS, OR HAVE A HUNCH THEY DID NOT GET RECEIVED AT THE COURT OR BY THE ATTORNEY FOR THE DEFENSE?

HOW UNFORTUNATE THAT MY APPEALS, BOTH CIVIL AND CRIMINAL ARE "LOST." I MUST BE UNLUCKY AND STUPID. AS IF THESE MEANS OF CONSEQUENCES GO HAND IN HAND.

RESPECTFULLY SUBMITTED

Edward Sartoris PRO-SE

EDWARD SARTORIS QP3887
SCI - DALLAS
1000 FOLLIES ROAD
DALLAS, PA 18612