IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

EDWARD SARTORIS
PLAINTIFF

V

WARDEN HAIDLE, ET.AL.
DEFENDANTS

CIVIL NO. 3:23-CV-640

(JUDGE MARIANI)

FILED
SCRANTON
APR 25 2024
Per_____
DEPUTY CLERK

## MOTION FOR AN ORDER COMPELLING DISCOVERY

PLAINTIFF MOVES THIS COURT FOR AN ORDER PURSUANT TO RULE 37(a) OF THE FEDERAL RULES OF CIVIL PROCEDURE COMPELLING DEFENDANTS WARDEN HAIDLE AND DEPUTY WARDEN McCOY TO PRODUCE FOR INSPECTION THE FOLLOWING DOCUMENTS: 1) WATER ANALYSIS OF UNTREATED WATER FOR THE PAST 3 YEARS 2) WATER ANALYSIS FOR THE TREATED WATER FOR THE PAST 3 YEARS 3) TESTING AND OUTCOME OF ANALYSIS OF CAULKING ON WINDOWS 4) WRITTEN PROCEDURE FOR REMEDIATION OF MOLD 5) WRITTEN PROCEDURE FOR TREATMENT OF EFFECTS OF LONG TERM EXPOSURE TO MOLD

AND ALL OTHER FILES, EMAILS, PROCEDURES, RECORDS AND POLICIES FOR ANYTHING RELATED TO ASBESTOS, PCB'S, MOLD AND WATER TREATMENT/ANALYSIS AS DESCRIBED IN THE ATTACHED REQUEST FOR RECORDS.

PLAINTIFF SUBMITTED THE WRITTEN REQUEST FOR THESE DOCUMENTS PURSUANT TO RULE 34 OF THE FEDERAL RULES OF CIVIL PROCEDURE ON FEBRUARY 12TH, 2024 BUT HAVE NOT YET RECEIVED THE DOCUMENTS.

PLAINTIFF ALSO MOVES FOR AN ORDER PURSUANT TO RULE 37(a)(4) REQUIRING THE AFORESAID DEFENDANTS TO PAY PLAINTIFF THE SUM OF $37.00 AS REASONABLE EXPENSES IN OBTAINING THIS ORDER, ON THE GROUNDS THAT THE DEFENDANTS' REFUSAL TO ANSWER THE INTERROGATORIES OR PRODUCE THE DOCUMENTS HAD NO SUBSTANTIAL JUSTIFICATION.

DATED: APRIL 19TH, 2024

RESPECTFULLY SUBMITTED,
*Edward Sartoris* PRO-SE
EDWARD SARTORIS QP3887
SCI-DALLAS
1000 FOLLIES ROAD
DALLAS, PA 18612-0286

# INDEX

1. MOTION FOR AN ORDER COMPELLING DISCOVERY — PAGES 1 & 2
2. MOTION TO APPOINT COUNSEL — PAGES 3 & 4
3. VERIFICATION — PAGE 5
4. CERTIFICATE OF COMPLIANCE — PAGE 6
5. EXHIBITS H, I, I1, I2 DECLARATIONS — PAGES 7-11
6. WATER SAMPLE EXHIBIT J — PAGE 12
7. GRIEVANCES K-T EXHIBITS — PAGES 13-20
8. LETTER FOR ATTORNEYS (TO ACQUIRE) EXHIBITS U, V, W, X — PAGES 21-24

EDWARD SANTORIS
QP 3087
SCI - DALLAS
1000 FOLLIES RD
DALLAS, PA 18612

LEGAL MAIL!

RECEIVED
SCRANTON
APR 25 2024
PER DJ
DEPUTY CLERK

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
235 NORTH WASHINGTON AVENUE
P.O. BOX 1148
SCRANTON, PA 18501-1148

INMATE MAIL



US POSTAGE
ZIP 18612
$ 002.59
APR 22 2024