IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EDWARD SARTORIS, | : | Civil No. 3:23-cv-640 |
| Plaintiff | : | (Judge Mariani) |
| v. | : | |
| PRIMECARE MEDICAL CEO AND STAFF, *et al.*, | : | |
| Defendants | : | |

FILED
SCRANTON
AUG 13 2024
PER _____
DEPUTY CLERK

## ORDER

AND NOW, this 13th day of August, 2024, upon consideration of Plaintiff's motions (Docs. 70, 75, 83) to compel discovery, and it appearing that, as of the date of this Order, Defendants have failed to file a brief in opposition to Plaintiff's motions, *see* LOCAL RULE OF COURT 7.6, **IT IS HEREBY ORDERED THAT**:

1. On or before August 12, 2024, Defendants shall **FILE** a brief in opposition to Plaintiff's motions to compel.

2. Plaintiff's requests (Docs. 63, 68) to extend the discovery deadline are **DISMISSED** without prejudice pending resolution of Plaintiff's motions to compel.

Robert D. Mariani
United States District Judge