IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **EDWARD SARTORIS,** | : | Civil No. 3:23-cv-640 |
| **Plaintiff** | : | (Judge Mariani) |
| v. | : | |
| **PRIMECARE MEDICAL CEO THOMAS J. WEBER,** *et al.*, | : | |
| **Defendants** | : | |

## ORDER

**AND NOW**, this 25th day of November, 2024, upon consideration of Defendants' motion (Doc. 73) for summary judgment, and the parties' respective briefs in support of and in opposition to said motion, and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. The motion (Doc. 73) is **GRANTED**. The Clerk of Court is directed to **ENTER** judgment in favor of Defendants Garry Haidle, Joseph McCoy, Gregory Armond, and Monroe County, and against Plaintiff.

2. The action against the John Doe Defendants is **DISMISSED** pursuant to Federal Rule of Civil Procedure 4(m).

3. The Clerk of Court is further directed to **CLOSE** this case.

4. Any appeal from this Order is **DEEMED** frivolous and not in good faith. *See* 28 U.S.C. § 1915(a)(3).

Robert D. Mariani
United States District Judge